# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re: §
§
MADER, PHILLIP § Case No. 07-15979
MADER, DIANA RAE §
§
§
Debtors §

## AMENDED TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 08/31/2007. The undersigned trustee was appointed on 01/13/2010.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of          $   375,593.17

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim disbursement | 0.00 |
   | Administrative expenses | 33,038.06 |
   | Bank service fees | 21,687.57 |
   | Other payments to creditors | 35,801.33 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of[1]   $ | 285,066.21 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6.  The deadline for filing non-governmental claims in this case was 06/28/2010 and the deadline for filing governmental claims was 06/28/2010 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7.  The Trustee's proposed distribution is attached as **Exhibit D**.

     8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 22,029.66 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 22,029.66 , for a total compensation of $ 22,029.66 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 61.11 , for total expenses of $ 61.11 [2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 06/23/2016          By:/s/JOSEPH E. COHEN
                                  Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 1

Exhibit A

| Case No: | 07-15979 ABG Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | MADER, PHILLIP | Date Filed (f) or Converted (c): | 08/31/07 (f) |
| | MADER, DIANA RAE | 341(a) Meeting Date: | 02/26/10 |
| For Period Ending: | 06/15/16 | Claims Bar Date: | 06/28/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Single-family residential property Location: 27367 | 580,000.00 | 0.00 | | 360,000.00 | FA |
| 2. Investment property Location: 215 Nippersink, Roun | 180,000.00 | 0.00 | | 0.00 | FA |
| 3. Checking account for rental property with LaSalle | 250.00 | 0.00 | | 0.00 | FA |
| 4. Checking account with Fifth Third Bank | 300.00 | 0.00 | | 0.00 | FA |
| 5. Checking account for business with Fifth Third Ban | 2,000.00 | 0.00 | | 0.00 | FA |
| 6. Miscellaneous furniture and household goods | 1,000.00 | 0.00 | | 0.00 | FA |
| 7. Miscellaneous clothing | 1,500.00 | 0.00 | | 0.00 | FA |
| 8. Watches, rings, bracelet | 1,500.00 | 0.00 | | 0.00 | FA |
| 9. IRA - Putnam Investments | 52,323.00 | 0.00 | | 0.00 | FA |
| 10. MKM Development | 7,200.00 | 0.00 | | 0.00 | FA |
| 11. Criterian Builders | 820.00 | 0.00 | | 0.00 | FA |
| 12. 2005 Chrysler 300 | 20,000.00 | 0.00 | | 0.00 | FA |
| 13. 1936 Packard 120 | 11,000.00 | 0.00 | | 0.00 | FA |
| 14. 1941 Packard 180 | 24,000.00 | 0.00 | | 0.00 | FA |
| 15. 1953 Packard Convertable | 14,000.00 | 0.00 | | 0.00 | FA |
| 16. 1956 Packard Clipper | 6,500.00 | 0.00 | | 0.00 | FA |
| 17. 2002 Ford Pickup | 12,000.00 | 0.00 | | 0.00 | FA |
| 18. 1996 Haulmark Trailer | 2,200.00 | 0.00 | | 0.00 | FA |
| 19. 2001 Volvo Cabover Box Truck | 4,000.00 | 0.00 | | 0.00 | FA |
| 20. 1994 Dodge Truck (u) | 2,500.00 | 0.00 | | 0.00 | FA |
| 21. Enclosed Trailer (u) | 2,500.00 | 0.00 | | 0.00 | FA |
| 22. 1999 Hurst Equipment Trailer, 20,000 lbs (u) | 3,000.00 | 0.00 | | 0.00 | FA |
| 23. Computer, printer, office furniture | 300.00 | 0.00 | | 0.00 | FA |
| 24. Scaffold, plank, mixer, forklift, saw | 19,000.00 | 0.00 | | 0.00 | FA |
| 25. PROCEEDS FROM CHAPTER 13 (u) | 0.00 | 15,000.00 | | 15,589.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | 0.00 | | 4.17 | FA |

Case 07-15979   Doc 295   Filed 07/13/16   Entered 07/13/16 13:56:05   Desc Main
Document      Page 4 of 16

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 2

Exhibit A

| Case No: | 07-15979 ABG | Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|---|
| Case Name: | MADER, PHILLIP | | Date Filed (f) or Converted (c): | 08/31/07 (f) |
| | MADER, DIANA RAE | | 341(a) Meeting Date: | 02/26/10 |
| | | | Claims Bar Date: | 06/28/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $947,893.00 | $15,000.00 | | $375,593.17 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

SENT TFR TO US TEE May 3, 2016, 11:36 am. THE IRS, THE DETOR AND THE TRUSTEE HAVE FINALLY SETTLED A CLAIM ONJECTION THAT
HAS BEEN LITIGATED FOR 8 YEARS AND TRUSTEE PREPARING HIS TFR April 8, 2016. IRS IS VERY CLOSE TO APPROVING SETTLEMENT -
01/20/16. NO CHANGE - Oct. 31, 2015. SETTLEMENT IS STILL PENDING - July 30, 2015. THE TRUSTEE IS STILL WAITING FOR THE
IRS TO APPROVE THE AGREED SETTLEMENT - April 25, 2015. THE PARTIES HAVE REACHED A SETTLEMENT THAT REQUIRES ITS APPROVAL
- Jan. 17, 2015.  THIS IS A  CONVERTED CHAPTER 13.  THE DEBTOR HAS BEEN LITIGATING WITH THE IRS SINCE THE CASE WAS FILED
IN 2007.  THE TRUSTEE INTENDS TO HIRE A BROKER AND SELL THE DEBTOR'S REAL ESTATE.  TRUSTEE HAS RECEIVED AN OFFER AND IS
FILING A MOTION TO APPROVE THE SALE.  SALE HAS CLOSED.  THE DEBTOR OBJECTED TO THE PROOF OF CLAIM FILED BY THE IRS.
THE DEBTOR WON BUT THE IRS APPEALED.  THIS MATTER HAS NOW BEEN REMANDED BACK TO JUDGE HOLLIS FOR DISPOSITION.  IRS IS
FILING A NEW CLAIM AND DEBTOR PLANS TO OBJECT TO IT.  THE DEBTOR HAS OBJECTED TO THE AMENDED CLAIM FILED BY THE IRS.
THE IRS AND THE DEBTOR ARE LITIGATING THE EXTENT OF THE IRS CLAIM AND NO FINAL REPORT CAN BE FILED UNTIL THE LITIGATION
HAS CONCLUDED - January 14, 2014.  THE OBJECTION TO THE IRS CLAIM IS STILL BEING PURSUED BY THE DEBTOR AND THE CASE
CANNOT BE CLOSED - April 30, 2014
LITIGATION CONTINUES - July 17, 2014.  TRUSTEE IS ATTEMPTING TO NEGOTIATE A SETTLEMENT BETWEEN THE PARTIES -  Oct. 25,
2014

Initial Projected Date of Final Report (TFR): 12/31/11      Current Projected Date of Final Report (TFR): 04/30/16

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 07-15979 -ABG | | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | MADER, PHILLIP | | Bank Name: | ASSOCIATED BANK |
| | MADER, DIANA RAE | | Account Number / CD #: | *******1905 Checking Account |
| Taxpayer ID No: | *******1628 | | | |
| For Period Ending: | 06/15/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/30/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 303,827.24 | | 303,827.24 |
| 10/16/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 187.29 | 303,639.95 |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 193.47 | 303,446.48 |
| 12/07/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 187.08 | 303,259.40 |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 193.20 | 303,066.20 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 450.51 | 302,615.69 |
| 03/05/13 | 300001 | INTERNATIONAL SURETIES, LTD. 701 Poydras Street Suite 420 New Orleans, LA 70139 | Bond premium | 2300-000 | | 318.53 | 302,297.16 |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 406.38 | 301,890.78 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 449.00 | 301,441.78 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 433.67 | 301,008.11 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 447.51 | 300,560.60 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 432.44 | 300,128.16 |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 446.23 | 299,681.93 |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 445.55 | 299,236.38 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 430.58 | 298,805.80 |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 444.24 | 298,361.56 |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 429.28 | 297,932.28 |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 442.92 | 297,489.36 |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 442.31 | 297,047.05 |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 398.90 | 296,648.15 |
| 04/05/14 | 300002 | INTERNATIONAL SURETIES, LTD. 701 Poydras St. Suite 420 New Orleans, LA 70139 | Bond # 016026455 | 2300-000 | | 430.81 | 296,217.34 |
| 04/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 441.02 | 295,776.32 |
| | | | Page Subtotals | | 303,827.24 | 8,050.92 | |

UST Form 101-7-TFR (5/1/2011) (Page: 5)

LFORM24

Ver: 19.06a

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2
Exhibit B

| Case No: | 07-15979 -ABG | | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | MADER, PHILLIP | | Bank Name: | ASSOCIATED BANK |
| | MADER, DIANA RAE | | Account Number / CD #: | *******1905 Checking Account |
| Taxpayer ID No: | *******1628 | | | |
| For Period Ending: | 06/15/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 425.72 | 295,350.60 |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 439.10 | 294,911.50 |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 424.29 | 294,487.21 |
| 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 437.84 | 294,049.37 |
| 09/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 437.17 | 293,612.20 |
| 10/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 422.47 | 293,189.73 |
| 11/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 435.89 | 292,753.84 |
| 12/05/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 421.21 | 292,332.63 |
| 01/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 434.58 | 291,898.05 |
| 02/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 433.99 | 291,464.06 |
| 02/27/15 | 300003 | Arthur B. Levine Company<br>60 East 42nd Street<br>Room 965<br>New York, New York 10165 | Bond premium | 2300-000 | | 315.35 | 291,148.71 |
| 03/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 391.38 | 290,757.33 |
| 04/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 432.40 | 290,324.93 |
| 05/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 417.72 | 289,907.21 |
| 06/05/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 431.01 | 289,476.20 |
| 07/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 416.45 | 289,059.75 |
| 08/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 429.75 | 288,630.00 |
| 09/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 429.11 | 288,200.89 |
| 10/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 414.68 | 287,786.21 |
| 11/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 427.86 | 287,358.35 |
| 12/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 413.43 | 286,944.92 |
| 01/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 426.61 | 286,518.31 |
| 02/05/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 426.00 | 286,092.31 |
| 02/16/16 | 300004 | ADAMS-LEVINE<br>370 Lexington Avenue<br>Suite 1101 | Bond #10BSBGR6291 | 2300-000 | | 203.84 | 285,888.47 |

Page Subtotals    0.00    9,887.85

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3
Exhibit B

| Case No: | 07-15979 -ABG | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | MADER, PHILLIP | Bank Name: | ASSOCIATED BANK |
| | MADER, DIANA RAE | Account Number / CD #: | *******1905 Checking Account |
| Taxpayer ID No: | *******1628 | | |
| For Period Ending: | 06/15/16 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | New York, NY 10017 | | | | | |
| 03/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 397.82 | 285,490.65 |
| 04/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 424.44 | 285,066.21 |

| | | | | |
|---|---|---|---|---|
| Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | 303,827.24 | 18,761.03 | 285,066.21 |
| Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | 303,827.24 | 0.00 | |
| | | Subtotal | 0.00 | 18,761.03 | |
| Memo Allocation Net: | 0.00 | Less: Payments to Debtors | | 0.00 | |
| | | Net | 0.00 | 18,761.03 | |

Page Subtotals 0.00 822.26

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 4
Exhibit B

| Case No: | 07-15979 -ABG | | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|---|
| Case Name: | MADER, PHILLIP | | Bank Name: | BANK OF AMERICA, N.A. |
| | MADER, DIANA RAE | | Account Number / CD #: | *******1231  BofA - Money Market Account |
| Taxpayer ID No: | *******1628 | | | |
| For Period Ending: | 06/15/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/26/10 | 25 | GLENN STEARNS, CHAPTER 13 TRUSTEE | PROCEEDS FROM CHAPTER 13 TRUSTEE | 1290-000 | 15,589.00 | | 15,589.00 |
| 03/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.01 | | 15,589.01 |
| 04/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.38 | | 15,589.39 |
| 05/28/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.39 | | 15,589.78 |
| 06/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.39 | | 15,590.17 |
| 07/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.39 | | 15,590.56 |
| 08/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.40 | | 15,590.96 |
| 09/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.38 | | 15,591.34 |
| 10/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.39 | | 15,591.73 |
| 11/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.39 | | 15,592.12 |
| 12/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.40 | | 15,592.52 |
| 01/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.40 | | 15,592.92 |
| 02/28/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.12 | | 15,593.04 |
| 03/29/11 | 000301 | INTERNATIONAL SURETIES, LTD. | Bond premium | 2300-000 | | 7.63 | 15,585.41 |
| 03/31/11 | | Chicago Title & Trust Co. | Real estate sale proceeds | | 295,760.63 | | 311,346.04 |
| | | | Sale proceeds | | | | |
| | | | Memo Amount:    (    22,656.36 ) | 4700-000 | | | |
| | | | 2008 & 2009 real estate taxes | | | | |
| | 1 | 27367 N. OAKLEAF, MUNDELEIN, IL | Memo Amount:         360,000.00 | 1110-000 | | | |
| | | | Real estate sale proceeds from | | | | |
| | | | Memo Amount:    (    13,144.97 ) | 4700-000 | | | |
| | | | 2010 & 2011 real estate taxes | | | | |
| | | | Memo Amount:    (    21,600.00 ) | 3510-000 | | | |
| | | | Real estate brokers commission | | | | |
| | | | Memo Amount:    (     3,338.04 ) | 2500-000 | | | |
| | | | Misc. title and closing expenses | | | | |
| | | | Memo Amount:    (     3,500.00 ) | 2500-000 | | | |
| | | | Closing cost credit | | | | |

Page Subtotals          311,353.67          7.63

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 5

Exhibit B

| Case No: | 07-15979 -ABG | | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | MADER, PHILLIP | | Bank Name: | BANK OF AMERICA, N.A. |
| | MADER, DIANA RAE | | Account Number / CD #: | *******1231  BofA - Money Market Account |
| Taxpayer ID No: | *******1628 | | | |
| For Period Ending: | 06/15/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.13 | | 311,346.17 |
| 04/29/11 | 000302 | Richard Patinkin | Attorney fees per court order | 3210-000 | | 3,066.25 | 308,279.92 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 392.74 | 307,887.18 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 379.59 | 307,507.59 |
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 379.12 | 307,128.47 |
| 01/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 402.79 | 306,725.68 |
| 02/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 364.55 | 306,361.13 |
| 03/11/12 | 000303 | INTERNATIONAL SURETIES, LTD. | Bond premium | 2300-000 | | 257.61 | 306,103.52 |
| 03/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 376.49 | 305,727.03 |
| 04/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 388.42 | 305,338.61 |
| 05/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 387.93 | 304,950.68 |
| 06/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 362.44 | 304,588.24 |
| 07/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 399.46 | 304,188.78 |
| 08/30/12 | | BANK OF AMERICA, N.A.<br>901 MAIN STREET<br>10TH FLOOR<br>DALLAS, TX 75283 | BANK FEES | 2600-000 | | 361.54 | 303,827.24 |
| 08/30/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 303,827.24 | 0.00 |

| | | | | | |
|---|---|---|---|---|---|
| Memo Allocation Receipts: | 360,000.00 | COLUMN TOTALS | 311,353.80 | 311,353.80 | 0.00 |
| Memo Allocation Disbursements: | 64,239.37 | Less: Bank Transfers/CD's | 0.00 | 303,827.24 | |
| | | Subtotal | 311,353.80 | 7,526.56 | |
| Memo Allocation Net: | 295,760.63 | Less: Payments to Debtors | | 0.00 | |
| | | Net | 311,353.80 | 7,526.56 | |

| | | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|---|---|
| Total Allocation Receipts: | 360,000.00 | TOTAL - ALL ACCOUNTS | | | |
| Total Allocation Disbursements: | 64,239.37 | Checking Account - ********1905 | 0.00 | 18,761.03 | 285,066.21 |
| | | BofA - Money Market Account - ********1231 | 311,353.80 | 7,526.56 | 0.00 |
| Total Memo Allocation Net: | 295,760.63 | | 311,353.80 | 26,287.59 | 285,066.21 |

Page Subtotals     0.13     311,346.17

UST Form 101-7-TFR (5/1/2011) *(Page: 9)*

LFORM24

Ver: 19.06a

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 6
Exhibit B

| Case No: | 07-15979 -ABG | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | MADER, PHILLIP | Bank Name: | BANK OF AMERICA, N.A. |
| | MADER, DIANA RAE | Account Number / CD #: | *******1231 BofA - Money Market Account |
| Taxpayer ID No: | *******1628 | | |
| For Period Ending: | 06/15/16 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    0.00    0.00

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: June 23, 2016 |
|---|---|---|---|---|---|---|

Case Number: 07-15979  
Debtor Name: MADER, PHILLIP  

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 001<br>2100-00 | JOSEPH E. COHEN, Trustee<br>105 West Madison Street<br>Chicago, IL 60602 | Administrative | | $0.00 | $22,090.77 | $22,090.77 |
| 001<br>3110-00 | COHEN & KROL, Attorneys<br>105 West Madison Street<br>Chicago, IL 60602 | Administrative | | $0.00 | $21,964.71 | $21,964.71 |
| 001<br>3410-00 | COOKE & LEWIS, LTD., Accountants<br>2638 Patriot Blvd.<br>Suite 100<br>Glenview, IL 60026 | Administrative | | $0.00 | $4,935.00 | $4,935.00 |
| 001<br>3701-00 | PATRICK HART<br>ATTORNEY AT LAW<br>728 FLORSHEIM DRIVE<br>LIBERTYVILLE, IL 60048 | Administrative | | $0.00 | $3,000.00 | $3,000.00 |
| BOND 999<br>2300-00 | INTERNATIONAL SURETIES, LTD. | Administrative | | $0.00 | $1,014.58 | $1,014.58 |
| BOND 999<br>2300-00 | ADAMS-LEVINE<br>370 Lexington Avenue<br>Suite 1101<br>New York, NY 10017 | Administrative | | $0.00 | $519.19 | $519.19 |
| 000002A<br>050<br>4300-00 | Department of Treasury<br>Internal Revenue Service<br>Pob 7346<br>Philadelphia, PA 19101 | Secured | | $0.00 | $86,616.32 | $86,616.32 |
| 000002B<br>040<br>5800-00 | Department of Treasury<br>Internal Revenue Service<br>Pob 7346<br>Philadelphia, PA 19101 | Priority | | $0.00 | $60,075.85 | $60,075.85 |
| 000001<br>070<br>7100-00 | Portfolio Recovery Associates, LLC<br>P.O. Box12914<br>Norfolk, VA 23541 | Unsecured | | $0.00 | $918.27 | $918.27 |
| 000002C<br>070<br>7100-00 | DEPARTMENT OF TREASURY<br>Internal Revenue Service<br>P O Box 7306<br>Philadelphia, PA 19101 | Unsecured | | $0.00 | $1,021,880.73 | $1,021,880.73 |
| 000003<br>070<br>7100-00 | Citibank (South Dakota),NA<br>dba Home Depot<br>c/o eCast Settlement Corporation<br>P.O. Box 35480<br>Newark, NJ 07193-5480 | Unsecured | | $0.00 | $1,207.40 | $1,207.40 |

| Page 2 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: June 23, 2016 |

Case Number: 07-15979  
Debtor Name: MADER, PHILLIP  
Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000004<br>070<br>7100-00 | eCAST Settlement Corporation<br>POB 35480<br>Newark NJ 07193-5480 | Unsecured | | $0.00 | $4,193.42 | $4,193.42 |
| 000005<br>070<br>7100-00 | eCAST Settlement Corporation<br>POB 35480<br>Newark NJ 07193-5480 | Unsecured | | $0.00 | $5,350.93 | $5,350.93 |
| 000006<br>070<br>7100-00 | B-Real, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 | Unsecured | | $0.00 | $7,893.55 | $7,893.55 |
| 000007<br>070<br>7100-00 | eCAST Settlement Corporation<br>P.O. Box 7247-6971<br>Philadelphia, PA 19170-6971 | Unsecured | | $0.00 | $534.22 | $534.22 |
| 000008<br>070<br>7100-00 | eCAST Settlement Corporation<br>P.O. Box 7247-6971<br>Philadelphia, PA 19170-6971 | Unsecured | | $0.00 | $1,326.22 | $1,326.22 |
| | Case Totals: | | | $0.00 | $1,243,521.16 | $1,243,521.16 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 07-15979
Case Name: MADER, PHILLIP
       MADER, DIANA RAE
Trustee Name: JOSEPH E. COHEN

      Balance on hand                                    $      285,066.21

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000002A | Department of Treasury Internal Revenue Service Pob 7346 Philadelphia, PA 19101 | $ 86,616.32 | $ 86,616.32 | $ 0.00 | $ 86,616.32 |

    Total to be paid to secured creditors                $      86,616.32

    Remaining Balance                                     $     198,449.89

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: JOSEPH E. COHEN | $ 22,029.66 | $ 0.00 | $ 22,029.66 |
| Trustee Expenses: JOSEPH E. COHEN | $ 61.11 | $ 0.00 | $ 61.11 |
| Attorney for Trustee Fees: COHEN & KROL, Attorneys | $ 21,885.75 | $ 0.00 | $ 21,885.75 |
| Attorney for Trustee Expenses: COHEN & KROL, Attorneys | $ 78.96 | $ 0.00 | $ 78.96 |
| Accountant for Trustee Fees: COOKE & LEWIS, LTD., Accountants | $ 4,375.00 | $ 0.00 | $ 4,375.00 |

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Accountant for Trustee Expenses: COOKE & LEWIS, LTD., Accountants | $ 560.00 | $ 0.00 | $ 560.00 |
| Other: PATRICK HART | $ 3,000.00 | $ 0.00 | $ 3,000.00 |
| Other: INTERNATIONAL SURETIES, LTD. | $ 1,014.58 | $ 1,014.58 | $ 0.00 |
| Other: ADAMS-LEVINE | $ 519.19 | $ 519.19 | $ 0.00 |

    Total to be paid for chapter 7 administrative expenses    $    51,990.48

    Remaining Balance    $    146,459.41

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 60,075.85 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000002B | Department of Treasury Internal Revenue Service Pob 7346 Philadelphia, PA 19101 | $ 60,075.85 | $ 0.00 | $ 60,075.85 |

    Total to be paid to priority creditors    $    60,075.85

    Remaining Balance    $    86,383.56

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 1,035,411.19 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The

timely allowed general (unsecured) dividend is anticipated to be 8.3 percent, plus interest (if applicable).

    Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Portfolio Recovery Associates, LLC P.O. Box12914 Norfolk, VA 23541 | $ 918.27 | $ 0.00 | $ 76.61 |
| 000003 | Citibank (South Dakota),NA dba Home Depot c/o eCast Settlement Corporation P.O. Box 35480 Newark, NJ 07193-5480 | $ 1,207.40 | $ 0.00 | $ 100.73 |
| 000004 | eCAST Settlement Corporation POB 35480 Newark NJ 07193-5480 | $ 4,193.42 | $ 0.00 | $ 349.86 |
| 000005 | eCAST Settlement Corporation POB 35480 Newark NJ 07193-5480 | $ 5,350.93 | $ 0.00 | $ 446.42 |
| 000007 | eCAST Settlement Corporation P.O. Box 7247-6971 Philadelphia, PA 19170-6971 | $ 534.22 | $ 0.00 | $ 44.57 |
| 000008 | eCAST Settlement Corporation P.O. Box 7247-6971 Philadelphia, PA 19170-6971 | $ 1,326.22 | $ 0.00 | $ 110.65 |
| 000002C | DEPARTMENT OF TREASURY Internal Revenue Service P O Box 7306 Philadelphia, PA 19101 | $ 1,021,880.73 | $ 0.00 | $ 85,254.72 |

|  |  |
|---|---|
| Total to be paid to timely general unsecured creditors | $ 86,383.56 |
| Remaining Balance | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE