# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| MADER, PHILLIP | § | Case No. 07-15979 |
| MADER, DIANA RAE | § | |
| | § | |
| | § | |
| Debtors | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JOSEPH E. COHEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: 367,893.00                    Assets Exempt: 0.00
*(Without deducting any secured claims)*

Total Distributions to Claimants: 268,877.06    Claims Discharged
                                                Without Payment: 970,521.48

Total Expenses of Administration: 106,716.11

3) Total gross receipts of $ 375,593.17  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00  (see **Exhibit 2**), yielded net receipts of $ 375,593.17  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 462,293.00 | $ 122,417.65 | $ 122,417.65 | $ 122,417.65 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 106,716.11 | 106,716.11 | 106,716.11 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 1,331.30 | 60,075.85 | 60,075.85 | 60,075.85 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 32,090.00 | 1,043,304.74 | 1,043,304.74 | 86,383.56 |
| **TOTAL DISBURSEMENTS** | $ 495,714.30 | $ 1,332,514.35 | $ 1,332,514.35 | $ 375,593.17 |

4) This case was originally filed under chapter 7 on 08/31/2007 . The case was pending for 109 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/10/2016        By:/s/JOSEPH E. COHEN
                                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Single-family residential property Location: | 1110-000 | 360,000.00 |
| Post-Petition Interest Deposits | 1270-000 | 4.17 |
| PROCEEDS FROM CHAPTER 13 | 1290-000 | 15,589.00 |
| **TOTAL GROSS RECEIPTS** | | **$375,593.17** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Internal Revenue Service | | 222,700.00 | NA | NA | 0.00 |
| 000002A | DEPARTMENT OF TREASURY | 4300-000 | 239,593.00 | 86,616.32 | 86,616.32 | 86,616.32 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 2008 & 2009 real estate taxes | 4700-000 | NA | 22,656.36 | 22,656.36 | 22,656.36 |
| | 2010 & 2011 real estate taxes | 4700-000 | NA | 13,144.97 | 13,144.97 | 13,144.97 |
| **TOTAL SECURED CLAIMS** | | | $ 462,293.00 | $ 122,417.65 | $ 122,417.65 | $ 122,417.65 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH E. COHEN, TRUSTEE | 2100-000 | NA | 22,029.66 | 22,029.66 | 22,029.66 |
| JOSEPH E. COHEN, TRUSTEE | 2200-000 | NA | 61.11 | 61.11 | 61.11 |
| ADAMS-LEVINE | 2300-000 | NA | 519.19 | 519.19 | 519.19 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | 1,014.58 | 1,014.58 | 1,014.58 |
| Closing cost credit | 2500-000 | NA | 3,500.00 | 3,500.00 | 3,500.00 |
| Misc. title and closing expenses | 2500-000 | NA | 3,338.04 | 3,338.04 | 3,338.04 |
| ASSOCIATED BANK | 2600-000 | NA | 17,492.50 | 17,492.50 | 17,492.50 |
| BANK OF AMERICA, N.A. | 2600-000 | NA | 4,195.07 | 4,195.07 | 4,195.07 |
| COHEN & KROL, ATTORNEYS | 3110-000 | NA | 14,643.14 | 14,643.14 | 14,643.14 |
| JOSEPH E. COHEN, ATTORNEY | 3110-000 | NA | 7,321.57 | 7,321.57 | 7,321.57 |
| RICHARD PATINKIN | 3210-000 | NA | 3,066.25 | 3,066.25 | 3,066.25 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| COOKE & LEWIS, LTD., ACCOUNTANTS | 3410-000 | NA | 4,375.00 | 4,375.00 | 4,375.00 |
| COOKE & LEWIS, LTD., ACCOUNTANTS | 3420-000 | NA | 560.00 | 560.00 | 560.00 |
| Real estate brokers commission | 3510-000 | NA | 21,600.00 | 21,600.00 | 21,600.00 |
| PATRICK HART | 3701-000 | NA | 3,000.00 | 3,000.00 | 3,000.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 106,716.11 | $ 106,716.11 | $ 106,716.11 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Internal Revenue Service Mail Stop 5010 CHI 230 S Dearborn St Chicago, IL 60604 | | 1,331.30 | NA | NA | 0.00 |
| 000002B | DEPARTMENT OF TREASURY | 5800-000 | NA | 60,075.85 | 60,075.85 | 60,075.85 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 1,331.30 | $ 60,075.85 | $ 60,075.85 | $ 60,075.85 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Acme Brick | | 506.00 | NA | NA | 0.00 |
| | Capital One | | 889.00 | NA | NA | 0.00 |
| | Clay Products, Inc. | | 2,098.00 | NA | NA | 0.00 |
| | Contractors Material Inc. | | 719.00 | NA | NA | 0.00 |
| | Illinois Brick Company | | 2,055.00 | NA | NA | 0.00 |
| | Jerry Castle | | 2,208.00 | NA | NA | 0.00 |
| | Lake Forest Hospital | | 3,794.00 | NA | NA | 0.00 |
| 000006 | B-REAL, LLC | 7100-000 | 8,002.00 | 7,893.55 | 7,893.55 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000003 | CITIBANK (SOUTH DAKOTA),NA | 7100-000 | 518.00 | 1,207.40 | 1,207.40 | 100.73 |
| 000002C | DEPARTMENT OF TREASURY | 7100-000 | NA | 1,021,880.73 | 1,021,880.73 | 85,254.72 |
| 000004 | ECAST SETTLEMENT CORPORATION | 7100-000 | 4,996.00 | 4,193.42 | 4,193.42 | 349.86 |
| 000005 | ECAST SETTLEMENT CORPORATION | 7100-000 | 5,253.00 | 5,350.93 | 5,350.93 | 446.42 |
| 000007 | ECAST SETTLEMENT CORPORATION | 7100-000 | NA | 534.22 | 534.22 | 44.57 |
| 000008 | ECAST SETTLEMENT CORPORATION | 7100-000 | 236.00 | 1,326.22 | 1,326.22 | 110.65 |
| 000001 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 7100-000 | 816.00 | 918.27 | 918.27 | 76.61 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 32,090.00 | $ 1,043,304.74 | $ 1,043,304.74 | $ 86,383.56 |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 07-15979 | ABG | Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|---|---|
| Case Name: | MADER, PHILLIP | | | Date Filed (f) or Converted (c): | 08/31/07 (f) |
| | MADER, DIANA RAE | | | 341(a) Meeting Date: | 02/26/10 |
| For Period Ending: | 08/10/16 | | | Claims Bar Date: | 06/28/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Single-family residential property Location: 27367 | 580,000.00 | 0.00 | | 360,000.00 | FA |
| 2. Investment property Location: 215 Nippersink, Roun | 180,000.00 | 0.00 | | 0.00 | FA |
| 3. Checking account for rental property with LaSalle | 250.00 | 0.00 | | 0.00 | FA |
| 4. Checking account with Fifth Third Bank | 300.00 | 0.00 | | 0.00 | FA |
| 5. Checking account for business with Fifth Third Ban | 2,000.00 | 0.00 | | 0.00 | FA |
| 6. Miscellaneous furniture and household goods | 1,000.00 | 0.00 | | 0.00 | FA |
| 7. Miscellaneous clothing | 1,500.00 | 0.00 | | 0.00 | FA |
| 8. Watches, rings, bracelet | 1,500.00 | 0.00 | | 0.00 | FA |
| 9. IRA - Putnam Investments | 52,323.00 | 0.00 | | 0.00 | FA |
| 10. MKM Development | 7,200.00 | 0.00 | | 0.00 | FA |
| 11. Criterian Builders | 820.00 | 0.00 | | 0.00 | FA |
| 12. 2005 Chrysler 300 | 20,000.00 | 0.00 | | 0.00 | FA |
| 13. 1936 Packard 120 | 11,000.00 | 0.00 | | 0.00 | FA |
| 14. 1941 Packard 180 | 24,000.00 | 0.00 | | 0.00 | FA |
| 15. 1953 Packard Convertable | 14,000.00 | 0.00 | | 0.00 | FA |
| 16. 1956 Packard Clipper | 6,500.00 | 0.00 | | 0.00 | FA |
| 17. 2002 Ford Pickup | 12,000.00 | 0.00 | | 0.00 | FA |
| 18. 1996 Haulmark Trailer | 2,200.00 | 0.00 | | 0.00 | FA |
| 19. 2001 Volvo Cabover Box Truck | 4,000.00 | 0.00 | | 0.00 | FA |
| 20. 1994 Dodge Truck (u) | 2,500.00 | 0.00 | | 0.00 | FA |
| 21. Enclosed Trailer (u) | 2,500.00 | 0.00 | | 0.00 | FA |
| 22. 1999 Hurst Equipment Trailer, 20,000 lbs (u) | 3,000.00 | 0.00 | | 0.00 | FA |
| 23. Computer, printer, office furniture | 300.00 | 0.00 | | 0.00 | FA |
| 24. Scaffold, plank, mixer, forklift, saw | 19,000.00 | 0.00 | | 0.00 | FA |
| 25. PROCEEDS FROM CHAPTER 13 (u) | 0.00 | 15,000.00 | | 15,589.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | 0.00 | | 4.17 | FA |

LFORM1

Ver: 19.06a

UST Form 101-7-TDR (10/1/2010) *(Page: 8)*

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 2

Exhibit 8

| Case No: | 07-15979 | ABG | Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
| --- | --- | --- | --- | --- | --- |
| Case Name: | MADER, PHILLIP | | | Date Filed (f) or Converted (c): | 08/31/07 (f) |
| | MADER, DIANA RAE | | | 341(a) Meeting Date: | 02/26/10 |
| | | | | Claims Bar Date: | 06/28/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| | | | | | Gross Value of Remaining Assets |
| --- | --- | --- | --- | --- | --- |
| TOTALS (Excluding Unknown Values) | $947,893.00 | $15,000.00 | | $375,593.17 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

SENT TFR TO US TEE May 3, 2016, 11:36 am. THE IRS, THE DETOR AND THE TRUSTEE HAVE FINALLY SETTLED A CLAIM ONJECTION THAT
HAS BEEN LITIGATED FOR 8 YEARS AND TRUSTEE PREPARING HIS TFR April 8, 2016. IRS IS VERY CLOSE TO APPROVING SETTLEMENT -
01/20/16. NO CHANGE - Oct. 31, 2015. SETTLEMENT IS STILL PENDING - July 30, 2015. THE TRUSTEE IS STILL WAITING FOR THE
IRS TO APPROVE THE AGREED SETTLEMENT - April 25, 2015. THE PARTIES HAVE REACHED A SETTLEMENT THAT REQUIRES ITS APPROVAL
- Jan. 17, 2015.  THIS IS A  CONVERTED CHAPTER 13.  THE DEBTOR HAS BEEN LITIGATING WITH THE IRS SINCE THE CASE WAS FILED
IN 2007.  THE TRUSTEE INTENDS TO HIRE A BROKER AND SELL THE DEBTOR'S REAL ESTATE.  TRUSTEE HAS RECEIVED AN OFFER AND IS
FILING A MOTION TO APPROVE THE SALE.  SALE HAS CLOSED.  THE DEBTOR OBJECTED TO THE PROOF OF CLAIM FILED BY THE IRS.
THE DEBTOR WON BUT THE IRS APPEALED.  THIS MATTER HAS NOW BEEN REMANDED BACK TO JUDGE HOLLIS FOR DISPOSITION.  IRS IS
FILING A NEW CLAIM AND DEBTOR PLANS TO OBJECT TO IT.  THE DEBTOR HAS OBJECTED TO THE AMENDED CLAIM FILED BY THE IRS.
THE IRS AND THE DEBTOR ARE LITIGATING THE EXTENT OF THE IRS CLAIM AND NO FINAL REPORT CAN BE FILED UNTIL THE LITIGATION
HAS CONCLUDED - January 14, 2014.  THE OBJECTION TO THE IRS CLAIM IS STILL BEING PURSUED BY THE DEBTOR AND THE CASE
CANNOT BE CLOSED - April 30, 2014
LITIGATION CONTINUES - July 17, 2014.  TRUSTEE IS ATTEMPTING TO NEGOTIATE A SETTLEMENT BETWEEN THE PARTIES -  Oct. 25,
2014

Initial Projected Date of Final Report (TFR): 12/31/11          Current Projected Date of Final Report (TFR): 04/30/16

LFORM1                                                                                                                                            Ver: 19.06a

**UST Form 101-7-TDR (10/1/2010)** *(Page: 9)*

FORM 2

Page: 1

Exhibit 9

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 07-15979 -ABG | | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|---|
| Case Name: | MADER, PHILLIP | | Bank Name: | ASSOCIATED BANK |
| | MADER, DIANA RAE | | Account Number / CD #: | *******1905  Checking Account |
| Taxpayer ID No: | *******1628 | | | |
| For Period Ending: | 08/10/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/30/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 303,827.24 | | 303,827.24 |
| 10/16/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 187.29 | 303,639.95 |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 193.47 | 303,446.48 |
| 12/07/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 187.08 | 303,259.40 |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 193.20 | 303,066.20 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 450.51 | 302,615.69 |
| 03/05/13 | 300001 | INTERNATIONAL SURETIES, LTD.<br>701 Poydras Street<br>Suite 420<br>New Orleans, LA 70139 | Bond premium | 2300-000 | | 318.53 | 302,297.16 |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 406.38 | 301,890.78 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 449.00 | 301,441.78 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 433.67 | 301,008.11 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 447.51 | 300,560.60 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 432.44 | 300,128.16 |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 446.23 | 299,681.93 |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 445.55 | 299,236.38 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 430.58 | 298,805.80 |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 444.24 | 298,361.56 |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 429.28 | 297,932.28 |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 442.92 | 297,489.36 |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 442.31 | 297,047.05 |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 398.90 | 296,648.15 |
| 04/05/14 | 300002 | INTERNATIONAL SURETIES, LTD.<br>701 Poydras St.<br>Suite 420<br>New Orleans, LA 70139 | Bond # 016026455 | 2300-000 | | 430.81 | 296,217.34 |
| 04/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 441.02 | 295,776.32 |

Page Subtotals     303,827.24     8,050.92

Ver: 19.06a

FORM 2     Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD     Exhibit 9

| Case No: | 07-15979 -ABG | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | MADER, PHILLIP | Bank Name: | ASSOCIATED BANK |
| | MADER, DIANA RAE | Account Number / CD #: | *******1905 Checking Account |
| Taxpayer ID No: | *******1628 | | |
| For Period Ending: | 08/10/16 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 425.72 | 295,350.60 |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 439.10 | 294,911.50 |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 424.29 | 294,487.21 |
| 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 437.84 | 294,049.37 |
| 09/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 437.17 | 293,612.20 |
| 10/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 422.47 | 293,189.73 |
| 11/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 435.89 | 292,753.84 |
| 12/05/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 421.21 | 292,332.63 |
| 01/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 434.58 | 291,898.05 |
| 02/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 433.99 | 291,464.06 |
| 02/27/15 | 300003 | Arthur B. Levine Company<br>60 East 42nd Street<br>Room 965<br>New York, New York 10165 | Bond premium | 2300-000 | | 315.35 | 291,148.71 |
| 03/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 391.38 | 290,757.33 |
| 04/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 432.40 | 290,324.93 |
| 05/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 417.72 | 289,907.21 |
| 06/05/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 431.01 | 289,476.20 |
| 07/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 416.45 | 289,059.75 |
| 08/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 429.75 | 288,630.00 |
| 09/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 429.11 | 288,200.89 |
| 10/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 414.68 | 287,786.21 |
| 11/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 427.86 | 287,358.35 |
| 12/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 413.43 | 286,944.92 |
| 01/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 426.61 | 286,518.31 |
| 02/05/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 426.00 | 286,092.31 |
| 02/16/16 | 300004 | ADAMS-LEVINE<br>370 Lexington Avenue<br>Suite 1101 | Bond #10BSBGR6291 | 2300-000 | | 203.84 | 285,888.47 |

Page Subtotals     0.00     9,887.85

Ver: 19.06a

FORM 2

Page: 3

Exhibit 9

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 07-15979 -ABG | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | MADER, PHILLIP | Bank Name: | ASSOCIATED BANK |
| | MADER, DIANA RAE | Account Number / CD #: | *******1905  Checking Account |
| Taxpayer ID No: | *******1628 | | |
| For Period Ending: | 08/10/16 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | New York, NY  10017 | | | | | |
| 03/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 397.82 | 285,490.65 |
| 04/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 424.44 | 285,066.21 |
| 07/08/16 | 300005 | Joseph E. Cohen, Attorney | Attorney for Trustee fees | 3110-000 | | 7,321.57 | 277,744.64 |
| 07/11/16 | 300006 | JOSEPH E. COHEN, Trustee | Trustee Fees | | | 22,090.77 | 255,653.87 |
| | | 105 West Madison Street | Trustee Fees | | | | |
| | | Chicago, IL 60602 | | | | | |
| | | | Fees          22,029.66 | 2100-000 | | | |
| | | | Expenses         61.11 | 2200-000 | | | |
| 07/11/16 | 300007 | COHEN & KROL, Attorneys | Attorney for Trustee fees | 3110-000 | | 14,643.14 | 241,010.73 |
| | | 105 West Madison Street | | | | | |
| | | Chicago, IL 60602 | | | | | |
| 07/11/16 | 300008 | COOKE & LEWIS, LTD., Accountants | Accountant for Trustee fees | | | 4,935.00 | 236,075.73 |
| | | 2638 Patriot Blvd. | Accountant for Trustee fees | | | | |
| | | Suite 100 | | | | | |
| | | Glenview, IL 60026 | | | | | |
| | | | Fees           4,375.00 | 3410-000 | | | |
| | | | Expenses        560.00 | 3420-000 | | | |
| 07/11/16 | 300009 | PATRICK HART | CHAPTER 13 ATTORNEY FEES | 3701-000 | | 3,000.00 | 233,075.73 |
| | | ATTORNEY AT LAW | | | | | |
| | | 728 FLORSHEIM DRIVE | | | | | |
| | | LIBERTYVILLE, IL  60048 | | | | | |
| 07/11/16 | 300010 | Department of Treasury | Claim 000002A, Payment 100.00000% | 4300-000 | | 86,616.32 | 146,459.41 |
| | | Internal Revenue Service | (2-4) modified on 9/7/12 to correct | | | | |
| | | Pob 7346 | amount claimed(dg) | | | | |
| | | Philadelphia, PA 19101 | | | | | |
| 07/11/16 | 300011 | Department of Treasury | Claim 000002B, Payment 100.00000% | 5800-000 | | 60,075.85 | 86,383.56 |
| | | Internal Revenue Service | (2-4) modified on 9/7/12 to correct | | | | |
| | | Pob 7346 | amount claimed(dg) | | | | |

Page Subtotals           0.00       199,504.91

Ver: 19.06a

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 12)*

FORM 2 Page: 4
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD Exhibit 9

| Case No: | 07-15979 -ABG | | Trustee Name: | JOSEPH E. COHEN |
| --- | --- | --- | --- | --- |
| Case Name: | MADER, PHILLIP | | Bank Name: | ASSOCIATED BANK |
| | MADER, DIANA RAE | | Account Number / CD #: | *******1905 Checking Account |
| Taxpayer ID No: | *******1628 | | | |
| For Period Ending: | 08/10/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Philadelphia, PA 19101 | | | | | |
| 07/11/16 | 300012 | Portfolio Recovery Associates, LLC<br>P.O. Box 12914<br>Norfolk, VA 23541 | Claim 000001, Payment 8.34286% | 7100-000 | | 76.61 | 86,306.95 |
| 07/11/16 | 300013 | DEPARTMENT OF TREASURY<br>Internal Revenue Service<br>P O Box 7306<br>Philadelphia, PA 19101 | Claim 000002C, Payment 8.34292% | 7100-000 | | 85,254.72 | 1,052.23 |
| 07/11/16 | 300014 | Citibank (South Dakota),NA<br>dba Home Depot<br>c/o eCast Settlement Corporation<br>P.O. Box 35480<br>Newark, NJ 07193-5480 | Claim 000003, Payment 8.34272% | 7100-000 | | 100.73 | 951.50 |
| 07/11/16 | 300015 | eCAST Settlement Corporation<br>POB 35480<br>Newark NJ 07193-5480 | Claim 000004, Payment 8.34307% | 7100-000 | | 349.86 | 601.64 |
| 07/11/16 | 300016 | eCAST Settlement Corporation<br>POB 35480<br>Newark NJ 07193-5480 | Claim 000005, Payment 8.34285% | 7100-000 | | 446.42 | 155.22 |
| 07/11/16 | 300017 | eCAST Settlement Corporation<br>P.O. Box 7247-6971<br>Philadelphia, PA 19170-6971 | Claim 000007, Payment 8.34300% | 7100-000 | | 44.57 | 110.65 |
| 07/11/16 | 300018 | eCAST Settlement Corporation<br>P.O. Box 7247-6971<br>Philadelphia, PA 19170-6971 | Claim 000008, Payment 8.34326% | 7100-000 | | 110.65 | 0.00 |

Page Subtotals 0.00 86,383.56

Ver: 19.06a
LFORM24
UST Form 101-7-TDR (10/1/2010) (Page: 13)

FORM 2

Page: 5

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 07-15979 -ABG | | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|---|
| Case Name: | MADER, PHILLIP | | Bank Name: | ASSOCIATED BANK |
| | MADER, DIANA RAE | | Account Number / CD #: | *******1905 Checking Account |
| Taxpayer ID No: | *******1628 | | | |
| For Period Ending: | 08/10/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Memo Allocation Receipts: 0.00 | COLUMN TOTALS | | 303,827.24 | 303,827.24 | 0.00 |
| | | Memo Allocation Disbursements: 0.00 | Less: Bank Transfers/CD's | | 303,827.24 | 0.00 | |
| | | | Subtotal | | 0.00 | 303,827.24 | |
| | | Memo Allocation Net: 0.00 | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 0.00 | 303,827.24 | |

Page Subtotals 0.00 0.00

Ver: 19.06a

LFORM24

UST Form 101-7-TDR (10/1/2010) (Page: 14)

FORM 2

Page: 6

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 07-15979 -ABG | Trustee Name: | JOSEPH E. COHEN |
| --- | --- | --- | --- |
| Case Name: | MADER, PHILLIP | Bank Name: | BANK OF AMERICA, N.A. |
| | MADER, DIANA RAE | Account Number / CD #: | *******1231  BofA - Money Market Account |
| Taxpayer ID No: | *******1628 | | |
| For Period Ending: | 08/10/16 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/26/10 | 25 | GLENN STEARNS, CHAPTER 13 TRUSTEE | PROCEEDS FROM CHAPTER 13 TRUSTEE | 1290-000 | 15,589.00 | | 15,589.00 |
| 03/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.01 | | 15,589.01 |
| 04/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.38 | | 15,589.39 |
| 05/28/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.39 | | 15,589.78 |
| 06/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.39 | | 15,590.17 |
| 07/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.39 | | 15,590.56 |
| 08/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.40 | | 15,590.96 |
| 09/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.38 | | 15,591.34 |
| 10/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.39 | | 15,591.73 |
| 11/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.39 | | 15,592.12 |
| 12/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.40 | | 15,592.52 |
| 01/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.40 | | 15,592.92 |
| 02/28/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.12 | | 15,593.04 |
| 03/29/11 | 000301 | INTERNATIONAL SURETIES, LTD. | Bond premium | 2300-000 | | 7.63 | 15,585.41 |
| 03/31/11 | | Chicago Title & Trust Co. | Real estate sale proceeds | | 295,760.63 | | 311,346.04 |
| | | | Sale proceeds | | | | |
| | | | Memo Amount:  (     22,656.36 ) | 4700-000 | | | |
| | | | 2008 & 2009 real estate taxes | | | | |
| | 1 | 27367 N. OAKLEAF, MUNDELEIN, IL | Memo Amount:         360,000.00 | 1110-000 | | | |
| | | | Real estate sale proceeds from | | | | |
| | | | Memo Amount:  (     13,144.97 ) | 4700-000 | | | |
| | | | 2010 & 2011 real estate taxes | | | | |
| | | | Memo Amount:  (     21,600.00 ) | 3510-000 | | | |
| | | | Real estate brokers commission | | | | |
| | | | Memo Amount:  (      3,338.04 ) | 2500-000 | | | |
| | | | Misc. title and closing expenses | | | | |
| | | | Memo Amount:  (      3,500.00 ) | 2500-000 | | | |
| | | | Closing cost credit | | | | |
| | | | Page Subtotals | | 311,353.67 | 7.63 | |

Ver: 19.06a

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 15)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 07-15979 -ABG | | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | MADER, PHILLIP | | Bank Name: | BANK OF AMERICA, N.A. |
| | MADER, DIANA RAE | | Account Number / CD #: | *******1231 BofA - Money Market Account |
| Taxpayer ID No: | *******1628 | | | |
| For Period Ending: | 08/10/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.13 | | 311,346.17 |
| 04/29/11 | 000302 | Richard Patinkin | Attorney fees per court order | 3210-000 | | 3,066.25 | 308,279.92 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 392.74 | 307,887.18 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 379.59 | 307,507.59 |
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 379.12 | 307,128.47 |
| 01/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 402.79 | 306,725.68 |
| 02/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 364.55 | 306,361.13 |
| 03/11/12 | 000303 | INTERNATIONAL SURETIES, LTD. | Bond premium | 2300-000 | | 257.61 | 306,103.52 |
| 03/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 376.49 | 305,727.03 |
| 04/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 388.42 | 305,338.61 |
| 05/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 387.93 | 304,950.68 |
| 06/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 362.44 | 304,588.24 |
| 07/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 399.46 | 304,188.78 |
| 08/30/12 | | BANK OF AMERICA, N.A.<br>901 MAIN STREET<br>10TH FLOOR<br>DALLAS, TX 75283 | BANK FEES | 2600-000 | | 361.54 | 303,827.24 |
| 08/30/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 303,827.24 | 0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Memo Allocation Receipts: | 360,000.00 | COLUMN TOTALS | | 311,353.80 | 311,353.80 | 0.00 |
| Memo Allocation Disbursements: | 64,239.37 | Less: Bank Transfers/CD's | | 0.00 | 303,827.24 | |
| | | Subtotal | | 311,353.80 | 7,526.56 | |
| Memo Allocation Net: | 295,760.63 | Less: Payments to Debtors | | | 0.00 | |
| | | Net | | 311,353.80 | 7,526.56 | |
| | | | | | NET | ACCOUNT |
| Total Allocation Receipts: | 360,000.00 | TOTAL - ALL ACCOUNTS | | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| Total Allocation Disbursements: | 64,239.37 | Checking Account - ********1905 | | 0.00 | 303,827.24 | 0.00 |
| | | BofA - Money Market Account - ********1231 | | 311,353.80 | 7,526.56 | 0.00 |
| Total Memo Allocation Net: | 295,760.63 | | | ----------------- | ----------------- | ----------------- |
| | | | | 311,353.80 | 311,353.80 | 0.00 |
| | | Page Subtotals | | 0.13 | 311,346.17 | |

Ver: 19.06a

LFORM24

UST Form 101-7-TDR (10/1/2010) (Page: 16)

FORM 2

Page: 8

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 07-15979 -ABG | | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|---|
| Case Name: | MADER, PHILLIP | | Bank Name: | BANK OF AMERICA, N.A. |
| | MADER, DIANA RAE | | Account Number / CD #: | *******1231 BofA - Money Market Account |
| Taxpayer ID No: | *******1628 | | | |
| For Period Ending: | 08/10/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals   0.00   0.00

Ver: 19.06a

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 17)*